IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WAYNE BLACK, #137192,          )
                               )
        Petitioner,            )
                               )
v.                             )        CIVIL ACTION NO. 2:04cv23-MHT
                               )
TERRANCE MCDONNELL, et al.,    )
                               )
        Respondents.           )

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on April 12, 2006, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that Petitioner Wayne Black's petition for federal habeas corpus relief is DENIED and DISMISSED with prejudice.

Done this 2nd day of May, 2006.

_____/s/  Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE